UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:25-CR-13-CCB-SJF |
| MAURICE WILLIAMS | |

## ORDER

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed May 14, 2025. (ECF 42). Defendant Maurice Williams pleaded guilty to both counts of the Indictment charging him with (1) being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and (2) possessing with intent to distribute a controlled substance, including 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to the offenses as charged in the Indictment is hereby accepted, and the defendant is adjudged guilty of Counts 1 and 2 of the Indictment.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing

memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on June 4, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT